1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMEDIOS HILLIARD, | Case No. 1:13-cv-02061-LJO-SAB |
| Plaintiff, | ORDER DENYING REQUEST TO CONTINUE TRIAL DATE |
| v. | ECF NO. 10 |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

On September 12, 2014, the parties in this action filed a Joint Stipulation to Continue the Trial Date, Pretrial Conference Date, Discovery Cutoff, Expert Discovery Cutoff, Expert Exchange Dates, and Motion Deadlines.  (ECF No. 10.)  On September 22, 2014 the Court conducted an informal telephonic conference regarding the parties' request.

As noted in the scheduling order issued in this matter on February 18, 2014, due to the impacted case load in this district, stipulations to continue set dates are disfavored and will not be granted absent good cause.  The Court finds that the parties in this case have not demonstrated good cause to warrant any amendments to the dates set in the scheduling order.

/ / /

/ / /

/ / /

1

1    Accordingly, it is HEREBY ORDERED that the parties' request to continue the dates set

2  forth in the scheduling order is DENIED.

3

4  IT IS SO ORDERED.

5  Dated:   **September 22, 2014**

UNITED STATES MAGISTRATE JUDGE

2