# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMEDIOS HILLIARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  1:13-cv-02061-LJO-SAB<br><br>ORDER DISREGARDING DEFENDANT'S OBJECTION<br><br>(ECF No. 15) |

On September 30, 2014, Defendant filed an objection to Plaintiff's expert witness disclosure. (ECF No. 15.)  In the objection, Defendant moves to strike the disclosure and states they will seek to exclude the witness at trial.  Defendant may not move to strike the expert witness disclosure in an objection.

Defendant is referred to Rule 230 of the Local Rules of the United States District Court, Eastern District of California.  If Defendant seeks to strike the expert witness disclosure, they must file a properly noticed motion pursuant to Rule 230(b) of the Local Rules.  The parties are also advised that the Court is available to settle discovery disputes by an informal telephonic conference if the parties so desire.  The parties are directed to the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB).  In the area entitled "Case Management

1

Procedures," there is a link to "Standard Information" which includes the informal discovery dispute procedures.

Based on the foregoing, Defendant's objection, filed September 30, 2014, is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 1, 2014**

UNITED STATES MAGISTRATE JUDGE