# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REMEDIOS HILLIARD,** | **1:13-cv-2061-LJO-SAB** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 19)** |
| **v.** | |
| **METROPOLITAN LIFE INSURANCE CO.,** | |
| **Defendant.** | |

On December 8, 2014, Plaintiff filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 19 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1.      DISMISSES without prejudice this entire action and all claims;

2.      VACATES all pending matters and dates; and

3.      DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: December 9, 2014**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**